

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Harley-Davidson Credit Corp | **Order Filed on April 6, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Tavares, Patrick, dba GB Pizza NJ, LLC dba Fornos Pizza Compan,<br><br>Debtor. | Case No.: 18-11636 KCF<br>Adv. No.:<br>Hearing Date: 3/28/18 @ 10:00 a.m.<br><br>Judge: Kathyrn C. Ferguson |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: April 6, 2018**

*Honorable Kathyrn C. Ferguson*
*United States Bankruptcy Judge*

Page 2
Debtor:     Tavares, Patrick, dba GB Pizza NJ, LLC dba Fornos Pizza Compan
Case No.:   18-11636 KCF
Caption:    **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Harley-Davidson Credit Corp, holder of a lien on a vehicle identified as 2011 HARLEY-DAVIDSON FLSTN SOFTAIL DELUXE , VIN:1HD1JD511BB024212, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Steven Taieb, Esquire, attorney for Debtor, Leah E. Capece, and for good cause having been shown;

      It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 2) in full through the Chapter 13 plan; and

      It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves his right to object to Secured Creditor's proof of claim; and

      It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.