| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>LEAH E. CAPECE (LC 2609)<br>Law Office of Leah E. Capece, Esq., LLC<br>1338 North Avenue<br>Elizabeth, New Jersey 07208<br>(908) 353-6700 | Order Filed on June 21, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Patrick Tavares,<br><br>Chapter 13 Debtor | Case No.:  18-11636<br><br>Chapter:  13<br><br>Judge:  Hon. Ferguson |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: June 21, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Leah E. Capece, Esq_____, the applicant, is allowed a fee of $ _____$1,687.50_____ for services rendered and expenses in the amount of $_____$13.25_____ for a total of $_____$1,700.75_____ . The allowance is payable:

 ☒ through the Chapter 13 plan as an administrative priority.

 ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____NA_____ per month for _____NA_____ months to allow for payment of the above fee.

*rev.8/1/15*