UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
**LAW OFFICE OF LEAH E. CAPECE, ESQ., LLC**
1338 North Avenue
Elizabeth, New Jersey 07208
(908) 353-6700
(908) 838-9991 (facsimile)
Leah E. Capece, Esq.
lcapece@leclawonline.com
Attorneys for Diane Bates

Order Filed on July 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Patrick Tavares, Debtor

Case No.:       18-11636
Chapter:        13
Hearing Date:   July 11, 2018 at 9:00 a.m.
Judge:          Hon. Kathryn C. Ferguson

## ORDER GRANTING MOTION
## FOR DEBTOR TO FILE CLAIMS

The relief set forth on the following page is **ORDERED**.

**DATED: July 5, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having reviewed the movant's Motion and any related responses or objections, it is hereby

**ORDERED** that:

1. Within ten (10) days of the date of this Order, the Debtor shall file proof of claim on behalf of each of the priority creditors Allen Orellana, Craig Hargrove, Timothy Wojcik, Yin Lai;
2. The Debtor shall file the claims for net wages owed, to account for the expense of required state and federal payroll tax withholdings;
3. Debtor shall be responsible for preparation and filing of required state and federal payroll tax returns;
4. Debtor shall pay all required state and federal payroll taxes due, outside of the plan;
5. The Debtor shall serve a copy of this order on the Office of the U. S. Trustee and any trustee appointed in this case, and any other party who entered an appearance on the motion.