UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
**LAW OFFICE OF LEAH E. CAPECE, ESQ., LLC**
1338 North Avenue
Elizabeth, New Jersey 07208
(908) 353-6700
(908) 838-9991 (facsimile)
Leah E. Capece, Esq.
lcapece@leclawonline.com
Attorneys for Diane Bates

**Order Filed on July 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Patrick Tavares, Debtor

Case No.:       18-11636
Chapter:        13
Hearing Date:   July 11, 2018 at 9:00 a.m.
Judge:          Hon. Kathryn C. Ferguson

## ORDER GRANTING MOTION
## FOR DEBTOR TO FILE CLAIMS

The relief set forth on the following page is **ORDERED**.

**DATED: July 5, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having reviewed the movant's Motion and any related responses or objections, it is hereby

**ORDERED** that:

1. Within ten (10) days of the date of this Order, the Debtor shall file proof of claim on behalf of each of the priority creditors Allen Orellana, Craig Hargrove, Timothy Wojcik, Yin Lai;
2. The Debtor shall file the claims for net wages owed, to account for the expense of required state and federal payroll tax withholdings;
3. Debtor shall be responsible for preparation and filing of required state and federal payroll tax returns;
4. Debtor shall pay all required state and federal payroll taxes due, outside of the plan;
5. The Debtor shall serve a copy of this order on the Office of the U. S. Trustee and any trustee appointed in this case, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Patrick Tavares  
      Debtor

Case No. 18-11636-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jul 06, 2018  
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2018.  
db           Patrick Tavares,    80 Encampment Dr,    Bedminster, NJ   07921-1831

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2018 at the address(es) listed below:  
             Albert   Russo    docs@russotrustee.com  
             Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
             Leah E. Capece    on behalf of Debtor Patrick   Tavares lcapece@leclawonline.com  
             Rebecca Ann Solarz    on behalf of Creditor    Harley-Davidson Credit Corp rsolarz@kmllawgroup.com  
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                        TOTAL: 5