Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–11636–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Patrick Tavares
    dba GB Pizza NJ, dba Fornos Pizza
    Company
    80 Encampment Dr
    Bedminster, NJ 07921–1831

Social Security No.:
    xxx–xx–4148

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:        12/5/18
Time:        02:30 PM
Location:     Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Leah E. Capece, Esq.
Attorney for Debtor

COMMISSION OR FEES
$2,335.00

EXPENSES
$35.60

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: November 13, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 18-11636-KCF
Patrick Tavares                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2              Date Rcvd: Nov 13, 2018
                             Form ID: 137            Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db            Patrick Tavares,   80 Encampment Dr,   Bedminster, NJ  07921-1831
517300202     Allen Orellana,   339 Bergen St # B,   South Plainfield, NJ  07080-3320
517636106    +Allen S. Orellana,   339 Bergen St Apt B,   South Plainfield NJ 07080-3320
517300203     American Express,   PO Box 981537,   El Paso, TX  79998-1537
517300204     Amerifinancial Solutions,   PO Box 65018,   Baltimore, MD  21264-5018
517300206     Berkshire Hathaway Insurance,   PO Box A-H,  16 South River Street,
              Wilkes Barre, PA  18703-0020
517300208     Central Jersey Emergency Med Assoc PC,   PO Box 7200,   Freehold, NJ  07728-7200
517300209     Chase/Bank One Card Serv,   PO Box 15298,   Wilmington, DE  19850-5298
517300210     Chefs Warehouse/Dairlyland,   240 Food Center Dr,   Bronx, NY  10474-7045
517300211     Coca Cola Refreshments,   PO Box 4108,   Boston, MA  02211-4108
517300212     Craig Hargrove,   131 Westfield Rd,   Fanwood, NJ  07023-1411
517636084    +Craig S. Hargrove,   131 Westfield Rd,   Fanwood NJ 07023-1411
517300216     First National Credit,   500 E 60th St N,   Sioux Falls, SD  57104-0478
517300217     First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD  57107-0145
517319732    +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
517300220     Macintosh Linen & Uniform,   PO Box 91290,   Allentown, PA  18109-1300
517300222    +Mooney General Paper Co,   1451 Chestnut Ave,   Hillside, NJ 07205-1195
517300223     Optimum Business Services,   6 Corporate Center Dr,   Melville, NY  11747-3845
517300228     PSEG,   PO Box 14444,   New Brunswick, NJ  08906-4444
517300225     Paycor Select Team,   10550 Deerwood Park Blvd # 306,   Jacksonville, FL  32256-2805
517300226     Pettoni Breads Inc,   28 Little Doe Run,   Oak Ridge, NJ  07438-8883
517300227     Print Post,   Nuno Perdiz,   274 Chestnut St,   Newark, NJ  07105-1559
517300229     Sadie Smith,   126 Division Ave,   Millington, NJ  07946-1324
517300230     Sears/CBNA,   PO Box 6282,   Sioux Falls, SD  57117-6282
517300231     Sebrings Mills Realty Assoc,   c/o Ernest A Renda Esq,   68 Finderne Ave,
              Bridgewater, NJ  08807-3287
517300232     Sebrings Mills Realty Associates,   1107 Goffle Rd,   Hawthorne, NJ  07506-2000
517636107    +Timothy J. Wojcik,   12 Laurel St,   South Amboy NJ 08879-1133
517300235     Timothy Wojcik,   12 Laurel St,   South Amboy, NJ  08879-1133
517300236   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,   CB Disputes,   PO Box 108,   Saint Louis, MO  63166-0108)
517300240     Wells Fargo,   PO Box 94435,   Albuquerque, NM  87199-4435
517636104    +Yin L. Lai,   63 Gatehouse Ln,   Edison NJ 08820-4008
517300241     Yin Lai,   63 Gate House Ln,   Edison, NJ  08820-4008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2018 00:23:08      U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 00:23:07      United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517300205     E-mail/Text: bk@avant.com Nov 14 2018 00:23:31      Avant,   222 N La Salle St Ste 1700,
              Chicago, IL  60601-1101
517300207     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2018 00:20:51
              Capital One Bank USA NA,   PO Box 30281,   Salt Lake City, UT  84130-0281
517300213     E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 14 2018 00:23:39
              Credit Collection Services,   725 Canton St,   Norwood, MA  02062-2679
517300214     E-mail/PDF: creditonebknotifications@resurgent.com Nov 14 2018 00:20:55      Credit One Bank,
              PO Box 98872,   Las Vegas, NV  89193-8872
517300215     E-mail/Text: mrdiscen@discover.com Nov 14 2018 00:22:33      Discover Financial Services LLC,
              PO Box 15316,   Wilmington, DE  19850-5316
517313733     E-mail/Text: mrdiscen@discover.com Nov 14 2018 00:22:33      Discover Bank,
              Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
517300218     E-mail/Text: bankruptcy.notices@hdfsi.com Nov 14 2018 00:23:32      Harley Davidson Credit,
              3850 Arrowhead Dr,   Carson City, NV  89706-2016
517435713     E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2018 00:31:26
              LVNV Funding, LLC its successors and assigns as,   assignee of U.S. Bank, N.A.,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517437181     E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2018 00:20:55
              LVNV Funding, LLC its successors and assigns as,   assignee of Avant Loans Funding Grantor,
              Trust 2016-B,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517300219    +E-mail/Text: bk@lendingclub.com Nov 14 2018 00:23:26      Lending Club,
              71 Stevenson St Ste 1000,   San Francisco, CA 94105-2967
517300221     E-mail/Text: bknotices@mbandw.com Nov 14 2018 00:23:19      McCarthy Burgess & Wolff,
              26000 Cannon Rd,   Cleveland, OH  44146-1807
517368687    +E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2018 00:23:06      Midland Funding LLC,
              PO Box 2011,   Warren, MI 48090-2011
517424664     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 00:20:53
              Portfolio Recovery Associates, LLC,   c/o Capital One Bank (USA), N.a.,   POB 41067,
              Norfolk VA 23541
517391341    +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 14 2018 00:23:16      Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517413936     E-mail/Text: bnc-quantum@quantum3group.com Nov 14 2018 00:23:02
              Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788

```
District/off: 0312-3          User: admin            Page 2 of 2              Date Rcvd: Nov 13, 2018
                              Form ID: 137            Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517300233        E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 00:20:24      SYNCB/Sams,   PO Box 965005,
                   Orlando, FL  32896-5005
517300676       +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 00:20:48      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517300234        E-mail/Text: bankruptcy@td.com Nov 14 2018 00:23:09      TD Bank,   PO Box 1377,
                   Lewiston, ME  04243-1377
517300238        E-mail/Text: vci.bkcy@vwcredit.com Nov 14 2018 00:23:12      Volkswagon Credit,   PO Box 3,
                   Hillsboro, OR  97123-0003
517300239        E-mail/Text: vci.bkcy@vwcredit.com Nov 14 2018 00:23:12      VW Credit Inc,   1401 Franklin Blvd,
                   Libertyville, IL  60048-4460
517300237        E-mail/Text: wfmelectronicbankrupcynotifications@verizonwireless.com Nov 14 2018 00:22:28
                   Verizon,   500 Technology Dr Ste 300,   Weldon Spring, MO  63304-2225
                                                                                     TOTAL: 23


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517300224*      Patrick Tavares,   80 Encampment Dr,   Bedminster, NJ  07921-1831
                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
```
         Albert  Russo    docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Leah E. Capece    on behalf of Debtor Patrick  Tavares lcapece@leclawonline.com
         Rebecca Ann Solarz    on behalf of Creditor    Harley-Davidson Credit Corp rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                 TOTAL: 5
```