UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEAH E. CAPECE, ESQ.
Law Office of Leah E. Capece, Esq., LLC
1338 North Avenue
Elizabeth, New Jersey 07208
(908) 353-6700
lcapece@leclawonline.com

Order Filed on December 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Patrick Tavares, Debtor

Case No.: 18-11636

Chapter: 13

Judge: Hon. Ferguson

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 12, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Leah E. Capece, Esq _____, the applicant, is allowed a fee of $ _____ 2,335.00 _____ for services rendered and expenses in the amount of $ _____ 35.60 _____ for a total of $ _____ 2,370.60 _____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ NA _____ per month for _____ NA _____ months to allow for payment of the above fee.

*rev.8/1/15*