**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                                              Case No.:          18-11636-MBK

  PATRICK TAVARES,                                                  Judge:             Kaplan

                    Debtor(s)

## Chapter 13 Plan and Motions

☐ Original              ☒ Modified/Notice Required          Date:   7/1/2021

☐ Motions Included      ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*.  Your rights may be affected by this plan.  Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien.  The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate.  An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

---

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

---

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __/s/ANS__      Initial Debtor: __/s/PT__      Initial Co-Debtor: _____

The Debtor has paid $17,550.00 over 41 months, and;

## Part 1:    Payment and Length of Plan

a.  The debtor shall pay $ _____212.00_____ per _____month_____ to the Chapter 13 Trustee, starting on

_____7/1/2021_____ for approximately _____19_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒   Future earnings

☐   Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:

Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☐  Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

## Part 2:   Adequate Protection ☒ NONE

a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3:   Priority Claims (Including Administrative Expenses)

a.   All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ any |
| DOMESTIC SUPPORT OBLIGATION | | additional amounts awarded by Court. |
| Allen Orellana | Wages | $525.00 (POC #12) |
| Craig Hargrove | Wages | $187.50 (POC #10) |
| Timothy Wojcik | Wages | $75.00 (POC #13) |
| Yin Lai | Wages | $900.00 (POC #11) |

b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4:    Secured Claims

### a.  Curing Default and Maintaining Payments on Principal Residence:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c.  Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**    ☒ NONE

1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender**    ☒ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

      The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Harley-Davidson Credit Corp. | 2011 Harley | $11,590.66 (POC #2) |

## Part 5: Unsecured Claims ☐ NONE

    **a. Not separately classified** allowed non-priority unsecured claims shall be paid:

      ☐ Not less than $ _____ to be distributed *pro rata*

      ☐ Not less than _____ percent

      ☒ *Pro Rata* distribution from any remaining funds

    **b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.  ☒ NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|----------|-----------|----------------|------------------------|----------------|---------------------------------------------|------------------------------------------|
|          |           |                |                        |                |                                             |                                          |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.  ☒ NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|----------|-----------|----------------|------------------------|-----------------------------|-----------------------------------------|
|          |           |                |                        |                             |                                         |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Administrative / Legal Fees and Costs

3) Secured Claims

4) Priority Unsecured Claims

5) General Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

---

**Part 9:    Modification  ☐ NONE**

---

**NOTE: Modification of a plan does not require that a separate motion be filed.  A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified:  01/27/18 Docket No. 2 .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The Plan is being modified to extend time to pay balance of amounts due per filed claims and to reflect payment amount based on current income and expenses. | Part 1 is being modified to reflect 19 months left of payments (60 month Plan total), and to reflect payments of $212.00 moving forward. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒  Yes    ☐  No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 7/1/2021 _____          /s/Patrick Tavares _____
                                                    Debtor

Date: _____                   _____
                                                    Joint Debtor

Date: 7/1/2021 _____          /s/Angela N. Stein _____
                                                    Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-11636-MBK

Patrick Tavares                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                          Page 1 of 3
Date Rcvd: Jul 02, 2021                    Form ID: pdf901                          Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Patrick Tavares, 80 Encampment Dr, Bedminster, NJ 07921-1831 |
| aty | + | Middlebrooks & Shapiro, P.C., Middlebrooks Shapiro, P.C., 841 Mountain Avenue, First Floor, Springfield, NJ 07081 UNITED STATES 07081-3437 |
| 517300202 | | Allen Orellana, 339 Bergen St # B, South Plainfield, NJ 07080-3320 |
| 517636106 | + | Allen S. Orellana, 339 Bergen St Apt B, South Plainfield NJ 07080-3320 |
| 517300203 | | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517300204 | | Amerifinancial Solutions, PO Box 65018, Baltimore, MD 21264-5018 |
| 517300206 | | Berkshire Hathaway Insurance, PO Box A-H, 16 South River Street, Wilkes Barre, PA 18703-0020 |
| 517300208 | | Central Jersey Emergency Med Assoc PC, PO Box 7200, Freehold, NJ 07728-7200 |
| 517300210 | | Chefs Warehouse/Dairlyland, 240 Food Center Dr, Bronx, NY 10474-7045 |
| 517300211 | | Coca Cola Refreshments, PO Box 4108, Boston, MA 02211-4108 |
| 517300212 | | Craig Hargrove, 131 Westfield Rd, Fanwood, NJ 07023-1411 |
| 517636084 | + | Craig S. Hargrove, 131 Westfield Rd, Fanwood NJ 07023-1411 |
| 517300216 | | First National Credit, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 517300217 | | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517319732 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 517300220 | | Macintosh Linen & Uniform, PO Box 91290, Allentown, PA 18109-1300 |
| 517300222 | + | Mooney General Paper Co, 1451 Chestnut Ave, Hillside, NJ 07205-1195 |
| 517300230 | | Optimum Business Services, 6 Corporate Center Dr, Melville, NY 11747-3845 |
| 517300228 | | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 517300225 | | Paycor Select Team, 10550 Deerwood Park Blvd # 306, Jacksonville, FL 32256-2805 |
| 517300226 | | Pettoni Breads Inc, 28 Little Doe Run, Oak Ridge, NJ 07438-8883 |
| 517300227 | | Print Post, Nuno Perdiz, 274 Chestnut St, Newark, NJ 07105-1559 |
| 517300230 | | Sadie Smith, 126 Division Ave, Millington, NJ 07946-1324 |
| 517300231 | | Sebrings Mills Realty Assoc, c/o Ernest A Renda Esq, 68 Finderne Ave, Bridgewater, NJ 08807-3287 |
| 517300232 | | Sebrings Mills Realty Associates, 1107 Goffle Rd, Hawthorne, NJ 07506-2000 |
| 517636107 | + | Timothy J. Wojcik, 12 Laurel St, South Amboy NJ 08879-1133 |
| 517300235 | | Timothy Wojcik, 12 Laurel St, South Amboy, NJ 08879-1133 |
| 517300240 | | Wells Fargo, PO Box 94435, Albuquerque, NM 87199-4435 |
| 517636104 | #+ | Yin L. Lai, 63 Gatehouse Ln, Edison NJ 08820-4008 |
| 517300241 | # | Yin Lai, 63 Gate House Ln, Edison, NJ 08820-4008 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 02 2021 20:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 02 2021 20:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517300205 | | Email/Text: bk@avant.com | Jul 02 2021 20:17:00 | Avant, 222 N La Salle St Ste 1700, Chicago, IL 60601-1101 |

District/off: 0312-3    User: admin    Page 2 of 3
Date Rcvd: Jul 02, 2021    Form ID: pdf901    Total Noticed: 56

| 517300207 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 02 2021 20:23:49 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
|---|---|---|---|
| 517300213 | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 02 2021 20:17:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 517300214 | Email/PDF: creditonebknotifications@resurgent.com | Jul 02 2021 20:23:59 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 517300215 | Email/Text: mrdiscen@discover.com | Jul 02 2021 20:17:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517313733 | Email/Text: mrdiscen@discover.com | Jul 02 2021 20:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517300218 | Email/Text: bankruptcy.notices@hdfsi.com | Jul 02 2021 20:17:00 | Harley Davidson Credit, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 517300209 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 02 2021 20:23:48 | Chase/Bank One Card Serv, PO Box 15298, Wilmington, DE 19850-5298 |
| 517435713 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2021 20:34:15 | LVNV Funding, LLC its successors and assigns as, assignee of U.S. Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517437181 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2021 20:34:14 | LVNV Funding, LLC its successors and assigns as, assignee of Avant Loans Funding Grantor, Trust 2016-B, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517300219 + | Email/Text: bk@lendingclub.com | Jul 02 2021 20:17:00 | Lending Club, 71 Stevenson St Ste 1000, San Francisco, CA 94105-2967 |
| 517300221 | Email/Text: bknotices@mbandw.com | Jul 02 2021 20:17:00 | McCarthy Burgess & Wolff, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 517368687 + | Email/Text: bankruptcydpt@mcmcg.com | Jul 02 2021 20:17:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517424664 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 02 2021 20:23:59 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (USA), N.a., POB 41067, Norfolk VA 23541 |
| 517391341 + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 02 2021 20:17:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517413936 | Email/Text: bnc-quantum@quantum3group.com | Jul 02 2021 20:17:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517300233 | Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 20:23:45 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 517300230 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 20:34:32 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 517300676 + | Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 20:24:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517300234 | Email/Text: bankruptcy@td.com | Jul 02 2021 20:17:00 | TD Bank, PO Box 1377, Lewiston, ME 04243-1377 |
| 517300236 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 02 2021 20:17:00 | US Bank, CB Disputes, PO Box 108, Saint Louis, MO 63166-0108 |
| 517300238 | Email/Text: vci.bkcy@vwcredit.com | Jul 02 2021 20:17:00 | Volkswagon Credit, PO Box 3, Hillsboro, OR 97123-0003 |
| 517300239 | Email/Text: vci.bkcy@vwcredit.com | Jul 02 2021 20:17:00 | VW Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 517300237 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 02 2021 20:16:00 | Verizon, 500 Technology Dr Ste 300, Weldon |

District/off: 0312-3                          User: admin                                    Page 3 of 3
Date Rcvd: Jul 02, 2021                       Form ID: pdf901                        Total Noticed: 56

Spring, MO 63304-2225

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517300224 | * | Patrick Tavares, 80 Encampment Dr, Bedminster, NJ 07921-1831 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Angela Nascondiglio Stein | on behalf of Debtor Patrick Tavares nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Melinda D. Middlebrooks | on behalf of Debtor Patrick Tavares middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Harley-Davidson Credit Corp rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6