Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−11636−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patrick Tavares
   dba GB Pizza NJ, dba Fornos Pizza
   Company
   80 Encampment Dr
   Bedminster, NJ 07921−1831

Social Security No.:
   xxx−xx−4148

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 12, 2021.

Dated: August 12, 2021
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 18-11636-MBK

Patrick Tavares                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                             User: admin                                  Page 1 of 3
Date Rcvd: Aug 12, 2021                   Form ID: plncf13                             Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Patrick Tavares, 80 Encampment Dr, Bedminster, NJ 07921-1831 |
| aty | + | Middlebrooks & Shapiro, P.C., Middlebrooks Shapiro, P.C., 841 Mountain Avenue, First Floor, Springfield, NJ 07081 UNITED STATES 07081-3437 |
| 517300202 | | Allen Orellana, 339 Bergen St # B, South Plainfield, NJ 07080-3320 |
| 517636106 | + | Allen S. Orellana, 339 Bergen St Apt B, South Plainfield NJ 07080-3320 |
| 517300203 | | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517300204 | | Amerifinancial Solutions, PO Box 65018, Baltimore, MD 21264-5018 |
| 517300206 | | Berkshire Hathaway Insurance, PO Box A-H, 16 South River Street, Wilkes Barre, PA 18703-0020 |
| 517300208 | | Central Jersey Emergency Med Assoc PC, PO Box 7200, Freehold, NJ 07728-7200 |
| 517300210 | | Chefs Warehouse/Dairlyland, 240 Food Center Dr, Bronx, NY 10474-7045 |
| 517300211 | | Coca Cola Refreshments, PO Box 4108, Boston, MA 02211-4108 |
| 517300212 | | Craig Hargrove, 131 Westfield Rd, Fanwood, NJ 07023-1411 |
| 517636084 | + | Craig S. Hargrove, 131 Westfield Rd, Fanwood NJ 07023-1411 |
| 517300216 | | First National Credit, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 517300217 | | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517319732 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 517300220 | | Macintosh Linen & Uniform, PO Box 91290, Allentown, PA 18109-1300 |
| 517300222 | + | Mooney General Paper Co, 1451 Chestnut Ave, Hillside, NJ 07205-1195 |
| 517300223 | | Optimum Business Services, 6 Corporate Center Dr, Melville, NY 11747-3845 |
| 517300228 | | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 517300225 | | Paycor Select Team, 10550 Deerwood Park Blvd # 306, Jacksonville, FL 32256-2805 |
| 517300226 | | Pettoni Breads Inc, 28 Little Doe Run, Oak Ridge, NJ 07438-8883 |
| 517300227 | | Print Post, Nuno Perdiz, 274 Chestnut St, Newark, NJ 07105-1559 |
| 517300229 | | Sadie Smith, 126 Division Ave, Millington, NJ 07946-1324 |
| 517300231 | | Sebrings Mills Realty Assoc, c/o Ernest A Renda Esq, 68 Finderne Ave, Bridgewater, NJ 08807-3287 |
| 517300232 | | Sebrings Mills Realty Associates, 1107 Goffle Rd, Hawthorne, NJ 07506-2000 |
| 517636107 | + | Timothy J. Wojcik, 12 Laurel St, South Amboy NJ 08879-1133 |
| 517300235 | | Timothy Wojcik, 12 Laurel St, South Amboy, NJ 08879-1133 |
| 517300240 | | Wells Fargo, PO Box 94435, Albuquerque, NM 87199-4435 |
| 517636104 | #+ | Yin L. Lai, 63 Gatehouse Ln, Edison NJ 08820-4008 |
| 517300241 | # | Yin Lai, 63 Gate House Ln, Edison, NJ 08820-4008 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 12 2021 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 12 2021 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517300205 | | Email/Text: bk@avant.com | Aug 12 2021 20:26:00 | Avant, 222 N La Salle St Ste 1700, Chicago, IL 60601-1101 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 12, 2021 | Form ID: plncf13 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| 517300207 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 12 2021 20:33:18 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517300213 | | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 12 2021 20:26:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 517300214 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 12 2021 20:33:18 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 517300215 | | Email/Text: mrdiscen@discover.com | Aug 12 2021 20:26:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517313733 | | Email/Text: mrdiscen@discover.com | Aug 12 2021 20:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517300218 | | Email/Text: bankruptcy.notices@hdfsi.com | Aug 12 2021 20:26:00 | Harley Davidson Credit, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 517300209 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 12 2021 20:33:24 | Chase/Bank One Card Serv, PO Box 15298, Wilmington, DE 19850-5298 |
| 517435713 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2021 20:33:22 | LVNV Funding, LLC its successors and assigns as, assignee of U.S. Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517437181 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2021 20:33:25 | LVNV Funding, LLC its successors and assigns as, assignee of Avant Loans Funding Grantor, Trust 2016-B, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517300219 | + | Email/Text: bk@lendingclub.com | Aug 12 2021 20:26:00 | Lending Club, 71 Stevenson St Ste 1000, San Francisco, CA 94105-2967 |
| 517300221 | | Email/Text: bknotices@mbandw.com | Aug 12 2021 20:26:00 | McCarthy Burgess & Wolff, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 517368687 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2021 20:26:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517424664 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2021 20:33:25 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (USA), N.a., POB 41067, Norfolk VA 23541 |
| 517391341 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 12 2021 20:26:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517413936 | | Email/Text: bnc-quantum@quantum3group.com | Aug 12 2021 20:26:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517300233 | | Email/PDF: gecsedi@recoverycorp.com | Aug 12 2021 20:33:24 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 517300230 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2021 20:33:26 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 517300676 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 12 2021 20:33:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517300234 | | Email/Text: bankruptcy@td.com | Aug 12 2021 20:26:00 | TD Bank, PO Box 1377, Lewiston, ME 04243-1377 |
| 517300236 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 12 2021 20:26:00 | US Bank, CB Disputes, PO Box 108, Saint Louis, MO 63166-0108 |
| 517300238 | | Email/Text: vci.bkcy@vwcredit.com | Aug 12 2021 20:26:00 | Volkswagon Credit, PO Box 3, Hillsboro, OR 97123-0003 |
| 517300239 | | Email/Text: vci.bkcy@vwcredit.com | Aug 12 2021 20:26:00 | VW Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 517300237 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 12 2021 20:26:00 | Verizon, 500 Technology Dr Ste 300, Weldon |

Spring, MO 63304-2225

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517300224 | * | Patrick Tavares, 80 Encampment Dr, Bedminster, NJ 07921-1831 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Angela Nascondiglio Stein | on behalf of Debtor Patrick Tavares nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Melinda D. Middlebrooks | on behalf of Debtor Patrick Tavares middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Harley-Davidson Credit Corp rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6