Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18−11636−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Patrick Tavares
    dba GB Pizza NJ, dba Fornos Pizza
    Company
    80 Encampment Dr
    Bedminster, NJ 07921−1831

Social Security No.:
    xxx−xx−4148

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      10/13/21
Time:      01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Melinda D. Middlebrooks, Debtor's Attorney

COMMISSION OR FEES
fee: $1,420.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
              creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
              creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 25, 2021
JAN:

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Patrick Tavares  
    Debtor

Case No. 18-11636-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Aug 25, 2021      Form ID: 137      Total Noticed: 56

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Patrick Tavares, 80 Encampment Dr, Bedminster, NJ 07921-1831 |
| aty | + | Middlebrooks & Shapiro, P.C., Middlebrooks Shapiro, P.C., 841 Mountain Avenue, First Floor, Springfield, NJ 07081 UNITED STATES 07081-3437 |
| 517300202 | | Allen Orellana, 339 Bergen St # B, South Plainfield, NJ 07080-3320 |
| 517636106 | + | Allen S. Orellana, 339 Bergen St Apt B, South Plainfield NJ 07080-3320 |
| 517300203 | | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517300204 | | Amerifinancial Solutions, PO Box 65018, Baltimore, MD 21264-5018 |
| 517300206 | | Berkshire Hathaway Insurance, PO Box A-H, 16 South River Street, Wilkes Barre, PA 18703-0020 |
| 517300208 | | Central Jersey Emergency Med Assoc PC, PO Box 7200, Freehold, NJ 07728-7200 |
| 517300210 | | Chefs Warehouse/Dairlyland, 240 Food Center Dr, Bronx, NY 10474-7045 |
| 517300211 | | Coca Cola Refreshments, PO Box 4108, Boston, MA 02211-4108 |
| 517300212 | | Craig Hargrove, 131 Westfield Rd, Fanwood, NJ 07023-1411 |
| 517636084 | + | Craig S. Hargrove, 131 Westfield Rd, Fanwood NJ 07023-1411 |
| 517300216 | | First National Credit, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 517300217 | | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517319732 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 517300220 | | Macintosh Linen & Uniform, PO Box 91290, Allentown, PA 18109-1300 |
| 517300222 | + | Mooney General Paper Co, 1451 Chestnut Ave, Hillside, NJ 07205-1195 |
| 517300223 | | Optimum Business Services, 6 Corporate Center Dr, Melville, NY 11747-3845 |
| 517300228 | | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 517300225 | | Paycor Select Team, 10550 Deerwood Park Blvd # 306, Jacksonville, FL 32256-2805 |
| 517300226 | | Pettoni Breads Inc, 28 Little Doe Run, Oak Ridge, NJ 07438-8883 |
| 517300227 | | Print Post, Nuno Perdiz, 274 Chestnut St, Newark, NJ 07105-1559 |
| 517300229 | | Sadie Smith, 126 Division Ave, Millington, NJ 07946-1324 |
| 517300231 | | Sebrings Mills Realty Assoc, c/o Ernest A Renda Esq, 68 Finderne Ave, Bridgewater, NJ 08807-3287 |
| 517300232 | | Sebrings Mills Realty Associates, 1107 Goffle Rd, Hawthorne, NJ 07506-2000 |
| 517636107 | + | Timothy J. Wojcik, 12 Laurel St, South Amboy NJ 08879-1133 |
| 517300235 | | Timothy Wojcik, 12 Laurel St, South Amboy, NJ 08879-1133 |
| 517300240 | | Wells Fargo, PO Box 94435, Albuquerque, NM 87199-4435 |
| 517636104 | #+ | Yin L. Lai, 63 Gatehouse Ln, Edison NJ 08820-4008 |
| 517300241 | # | Yin Lai, 63 Gate House Ln, Edison, NJ 08820-4008 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 25 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 25 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517300205 | | Email/Text: bk@avant.com | Aug 25 2021 20:24:00 | Avant, 222 N La Salle St Ste 1700, Chicago, IL 60601-1101 |

Case 18-11636-MBK    Doc 66    Filed 08/27/21    Entered 08/28/21 00:12:34    Desc Imaged
                               Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: 137 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| 517300207 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 25 2021 20:33:04 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517300213 | | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 25 2021 20:24:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 517300214 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2021 20:33:05 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 517300215 | | Email/Text: mrdiscen@discover.com | Aug 25 2021 20:23:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517313733 | | Email/Text: mrdiscen@discover.com | Aug 25 2021 20:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517300218 | | Email/Text: bankruptcy.notices@hdfsi.com | Aug 25 2021 20:24:00 | Harley Davidson Credit, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 517300209 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 25 2021 20:33:04 | Chase/Bank One Card Serv, PO Box 15298, Wilmington, DE 19850-5298 |
| 517435713 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2021 20:33:05 | LVNV Funding, LLC its successors and assigns as, assignee of U.S. Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517437181 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2021 20:33:05 | LVNV Funding, LLC its successors and assigns as, assignee of Avant Loans Funding Grantor, Trust 2016-B, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517300219 | + | Email/Text: bk@lendingclub.com | Aug 25 2021 20:24:00 | Lending Club, 71 Stevenson St Ste 1000, San Francisco, CA 94105-2967 |
| 517300221 | | Email/Text: bknotices@mbandw.com | Aug 25 2021 20:24:00 | McCarthy Burgess & Wolff, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 517368687 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2021 20:24:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517424664 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2021 20:33:11 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (USA), N.a., POB 41067, Norfolk VA 23541 |
| 517391341 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 25 2021 20:24:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517413936 | | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2021 20:24:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517300233 | | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2021 20:33:10 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 517300230 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2021 20:33:05 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 517300676 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2021 20:33:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517300234 | | Email/Text: bankruptcy@td.com | Aug 25 2021 20:24:00 | TD Bank, PO Box 1377, Lewiston, ME 04243-1377 |
| 517300236 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 25 2021 20:24:00 | US Bank, CB Disputes, PO Box 108, Saint Louis, MO 63166-0108 |
| 517300238 | | Email/Text: vci.bkcy@vwcredit.com | Aug 25 2021 20:24:00 | Volkswagon Credit, PO Box 3, Hillsboro, OR 97123-0003 |
| 517300239 | | Email/Text: vci.bkcy@vwcredit.com | Aug 25 2021 20:24:00 | VW Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 517300237 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 25 2021 20:23:00 | Verizon, 500 Technology Dr Ste 300, Weldon |

Case 18-11636-MBK    Doc 66    Filed 08/27/21    Entered 08/28/21 00:12:34    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: 137 | Total Noticed: 56 |

Spring, MO 63304-2225

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517300224 | * | Patrick Tavares, 80 Encampment Dr, Bedminster, NJ 07921-1831 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2021                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Angela Nascondiglio Stein | on behalf of Debtor Patrick Tavares nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Melinda D. Middlebrooks | on behalf of Debtor Patrick Tavares middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Harley-Davidson Credit Corp rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6